# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RYAN KOENIG, JAMES KOENIG, II, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs | ) ) Cause No. 4:13-CV-00477 SNLJ |
| vs. | ) ) ) |
| BOURDEAU CONSTRUCTION, LLC, | ) ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION FOR A CREDITOR'S BILL IN EQUITY AND TO PIERCE THE CORPORATE VEIL

**COME NOW** Plaintiffs, Ryan Koenig, James Koenig II, Vince Nack and James Craig Larkin (collectively as "**Plaintiffs**"), by and through their undersigned counsel, and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and the established procedures of the State of Missouri regarding proceedings in aid of execution, hereby move this Court for equitable relief in the form of a creditor's bill, to allow Plaintiffs to proceed to satisfy the judgment entered in this case from the property of Bourdeau Construction, LLC which is not subject to execution by normal means available at law.

Specifically, Plaintiffs move this Court to pierce the corporate veil of Bourdeau Construction, LLC, and permit Plaintiffs to satisfy their judgment from Bourdeau Contracting, LLC, as well as the sole owner and alter ego of Bourdeau Construction and Bourdeau Contracting, James M. Bourdeau.

Plaintiffs have no adequate legal remedy.  Further grounds supporting the use of a creditor's bill and piercing the corporate veil are set forth in the accompanying memorandum of law, a copy of which was filed contemporaneously herewith.

              Respectfully submitted,

              **WEISS ATTORNEYS AT LAW P.C.**

              _/s/ James G. Nowogrocki_
              James G. Nowogrocki, #38559MO
              Richard D. Worth, #61025MO
              1015 Locust, Suite 400
              St. Louis, Missouri  63101
              Phone:  314-588-9500
              Facsimile:  314-588-9595
              Email:  jnowogrocki@weisslawstl.com
                 rworth@weisslawstl.com
              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of December 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Anthony Pezzani
ENGELMEYER & PEZZANI, LLC
13321 North Outer Forty, #300
St. Louis, MO 63017
tony@epfirm.com
*Attorneys for Defendant*

              _/s/ James G. Nowogrocki_

            E:\CLIENTS\Koenig.12-2378.01\Motion for Creditor's Bill.docx